# AFFIDAVIT OF SERVICE OF PROCESS

**CASE NO.** 08 C 545
**CLIENT.** Jonathan Nachsin
**FILE NO.** Doppelt v. Walgreen Co.

I, Faya Shiu, a special appointed process server and a licensed private investigator, an employee of E.L. Johnson Investigations, on oath, state that I have:

X
SUCCESSFULLY COMPLETED SERVICE OF THE WITHIN SERVICE OF **Summons and Complaint**

___ PERSONAL SERVICE: *By leaving a copy of document with each individual personally.*

___ ABODE SERVICE: *By leaving a copy of the document at the usual place of residence of each individual defendant with a person of family, of the age of 13 years, or upwards, informing that person of the contents of the papers and also sending a copy of the document in a sealed envelope with postage fully prepaid and addressed to each individual defendant at his usual place of abode.*

X CORPORATE SERVICE: *By leaving a copy of the documents with a registered agent or officer of the corporation.*

**Name of Defendant:** Walgreen Company c/o Allan M. Resnick, Agent
**Given to:** Leticia Mercado - Agent
**Sex:** F  **Race:** H  **Age:** 30
**Comments:**
**Place:** **104 Wilmont Road; Deerfield, IL 60015**
**State:** IL  **County:** Cook
**Date:** 2/11/2008  **Time:** 10:00 a.m.  **Abode:**

*Signature of Private Detective*        Faya Shiu        2/14/2008
*Perc #: 0129-247570*                                    *Date*

Subscribed and sworn before me this

2/14/2008
*Date*                                         *Signature of Notary Public*

*E. L. Johnson Investigations*
*53 West Jackson Blvd., Ste. 915*
*Chicago, Illinois 60604*
*(312) 583-1167 Phone*
*(312) 583-1169 Fax*
*License No. 117-000912*



OFFICIAL SEAL
Christine Rodriguez
Notary Public, State of Illinois
My Commission expires 06/22/2010

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ALVIN DOPPLET

CASE NUMBER:

V.

ASSIGNED JUDGE:

WALGREEN COMPANY

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WALGREEN COMPANY
C/O ALLAN M. RESNICK, AGENT
200 WILMOT ROAD
DEERFIELD IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN NACHSIN
JONATHAN NACHSIN, P.C.
105 WEST ADAMS STREET
SUITE 3000
CHICAGO IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**January 25, 2008**
**Date**