IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN DOPPELT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 545 |
| | ) | |
| WALGREEN COMPANY, | ) | Judge Lindberg |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiff dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1).


                                                 /s/ Jonathan Nachsin

Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603
(312) 327-1777
#6191376

Attorney for Plaintiff