IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN DOPPELT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 08 C 545 |
| ) | |
| WALGREEN COMPANY, ) | Judge Lindberg |
| ) | |
| Defendant. ) | |

**PROOF OF SERVICE**

I, Jonathan Nachsin, certify that on August 21, 2008, I electronically filed the "Notice of Dismissal" with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all CM/ECF filing users, and I caused a copy of the "Notice of Dismissal" to be served by first class U.S. mail, postage prepaid and properly addressed, upon the following party:

Karen M. Fine
Senior Attorney
Walgreen Co. Law Department
104 Wilmot Road
MS 1425
Deerfield IL 60015

/s/ Jonathan Nachsin

Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603
(312) 327-1777
#6191376

Attorney for Plaintiff